# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17CR3077-LAB |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO CONTINUE *DAUBERT* HEARING** |
| vs. | |
| ADALBERTO MAGANA-GONZALEZ, | |
| Defendant. | |

Good cause having been shown, the Court grants Mr. Magana's motion to postpone the *Daubert* hearing. The *Daubert* hearing and the motions in limine hearing, previously scheduled for April 16, are *rescheduled* for May 29. The status hearing previously scheduled for April 16 is *vacated*.

A new trial date will be scheduled following the hearings on May 29.

**IT IS SO ORDERED.**

DATED: April 11, 2018

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge